UNITED STATES OF AMERICA
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22CR00071 SNLJ |
| RICHARD M. BERRY, | ) |
| Defendant. | ) |

# **ORDER**

This matter is before the Court on Defendant's Motion to Suppress Illegally Obtained Evidence, filed October 19, 2022 [Doc. 26]. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who filed a Report and Recommendation on July 21, 2023 [Doc. 55]. Defendant Berry submitted objections thereto on August 28, 2023 [Doc. 64].

The Magistrate Judge recommends that the Court deny Defendant's motion. In his Objections to Report and Recommendation, Defendant argues that the Report and Recommendation "incorrectly applies dispositive law to the facts" [Doc. 64]. After de novo review of this matter, this Court adopts the Magistrate Judge's Report and Recommendation.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 55], filed July 21, 2023, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Illegally

Obtained Evidence [Doc. 26] is **DENIED**.

Dated this 12th day of September, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE